Scott Andrew Farrow
Acting Assistant United States Trustee
State Bar No.: WI 1000609
scott.a.farrow@usdoj.gov

J. Michal Bloom, Trial Attorney
State Bar No.: NV 4706
j.michal.bloom@usdoj.gov

E-Filed: April 21, 2014

**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel: (702) 388-6600
Fax: (702) 388-6658

**Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

**TELEXFREE, LLC,**

☐ AFFECTS THE DEBTOR
☒ AFFECTS ALL DEBTORS
☐ AFFECTS TELEXFREE, INC.
☐ AFFECTS TELEXFREE FINANCIAL, INC.

CASE NO. BK-S-14-12524
Chapter 11

**[PROPOSED]**
**Jointly Administered with:**

14-12525-abl    Telexfree, Inc.
14-12526-abl    Telexfree Financial, Inc.

Date: April 21, 2014
Time: 1:30 p.m. (PT)

## DECLARATION OF EDWARD M. MCDONALD JR.

Edward M. McDonald Jr. declares and states as follows:

1.  I am an employee of the U.S. Department of Justice, Office of the United States Trustee, Las Vegas field office, where I serve as a trial attorney, and have personal knowledge of the matters asserted in this declaration.

2.  On April 17, 2014 I attended the hearings on a number of "First Day Motions" filed by Telexfree, LLC, Telexfree, Inc., and Telexfree Financial, Inc. (collectively, the

1

"Debtors"). I have also reviewed certain portions of the court recording of the hearing on the First Day Motion to refresh my recollection.

3. At the hearings on the First Day Motions, the Court granted on an interim basis the Debtors' motion to jointly administer the Debtors' cases with *In re Telexfree, LLC*, Case No. 14-12524-ABL as the proposed lead case. A final hearing on the motion for joint administration is set for May 2, 2014.

4. Certain of the First Day Motions were continued to May 2, 2014 without any relief being granted, including the motion to honor credit card transactions, the motion concerning adequate protection to utilities, and the motion concerning the Debtors' cash management system. In addition, the Court authorized but did not direct the Debtors to pay certain taxes and wages subject to all other orders related to the assets of the Debtors, including, without limitation, a temporary restraining order in pending proceedings filed by the S.E.C.

5. During the hearing on Debtors' *Emergency Application For Order Authorizing the Employment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for Debtors* the Court expressed the following concern regarding certain actions that Kurtzman Carson Consultants ("KCC") had already taken on behalf of the Debtors:

> KCC jumped the gun a little here counsel. They set up a website and issued a press release as if I had already entered an order authorizing them to do so. That's troubling to me. And I will tell you now just for sake of making it clear for later, to the extent that those actions were taken before they were authorized to do so, if they seek compensation, that will be an issue for them at that time.

6. Employees of the United States Trustee have the ability through the Electronic Court Filing system to utilize the Bankruptcy Noticing Center to mail notices of hearings and notices of the entry of orders, as well as certain other filings.

2

I declare the foregoing under penalty of perjury that the foregoing is true and correct.

Executed on:   April 21, 2014

*[signature]*

An Employee of the Office of the U. S. Trustee

3