NANCY A. MITCHELL (pro hac vice pending)
MARIA J. DICONZA (pro hac vice pending)
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: 212-801-9200
Facsimile:  212-801-6400
Email: mitchelln@gtlaw.com
       diconzam@gtlaw.com

GREGORY E. GARMAN, NV Bar # 6654
THOMAS H. FELL, NV Bar # 3717
TERESA M. PILATOWICZ, NV Bar #9605
GORDON SILVER
3960 Howard Hughes Parkway, 9th Flr.
Las Vegas, Nevada 89169
Telephone: 702-796-5555
Facsimile:  702-369-2666
Email: ggarman@gordonsilver.com
       tfell@gordonsilver.com
       tpilatowicz@gordonsilver.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re:

TELEXFREE, LLC,

☐ Affects this Debtor

☒ Affects all Debtors

☐ Affects TELEXFREE, INC.

☐ Affects TELEXFREE FINANCIAL, INC

Case No.: BK-S-14-12524-abl
Chapter 11

**[PROPOSED]**
**Jointly Administered with:**

14-12525-abl   TelexFree, Inc.
14-12526-abl   TelexFree Financial, Inc

Date:  OST PENDING
Time:  OST PENDING

**ATTORNEY INFORMATION SHEET IN SUPPORT
OF ORDER SHORTENING TIME TO HEAR MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENTS**

As required by the Court, Kirk Homeyer, Esq. of Gordon Silver, proposed counsel for the Debtors in the above-captioned matters, has contacted the parties listed below regarding the proposed order shortening time. They agree and disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Michal J. Bloom, Esq. Counsel to United States Trustee | April 21, 2014 | X | |

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2269467

1  DATED this 21st day of April, 2014.

GORDON SILVER

By: /s/ Gregory E. Garman
GREGORY E. GARMAN, ESQ.
THOMAS H. FELL, ESQ.
TERESA M. PILATOWICZ, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169

AND

NANCY A. MITCHELL *(pro hac vice pending)*
MARIA J. DICONZA *(pro hac vice pending)*
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166
*Proposed Counsel for the Debtors
and Debtors in Possession*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2269467

2