_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 02, 2014

NANCY A. MITCHELL *(pro hac vice pending)*
MARIA J. DICONZA *(pro hac vice pending)*
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400
Email: mitchelln@gtlaw.com
       diconzam@gtlaw.com

GREGORY E. GARMAN, NV Bar # 6654
THOMAS H. FELL, NV Bar # 3717
TERESA M. PILATOWICZ, NV Bar # 9605
GORDON SILVER
3960 Howard Hughes Parkway, 9th flr.
Las Vegas, Nevada 89169
Telephone: 702-796-5555
Facsimile: 702-369-2666
Email: ggarman@gordonsilver.com
       tfell@gordonsilver.com
       tpilatowicz@gordonsilver.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-14-12524-abl |
|---|---|
| TELEXFREE, LLC, | Chapter 11 |
| ☐ Affects this Debtor | **Jointly Administered with:** |
| ☒ Affects all Debtors | 14-12525   TelexFree, Inc.<br>14-12526   TelexFree Financial, Inc |
| ☐ Affects TELEXFREE, INC. | |
| ☐ Affects TELEXFREE FINANCIAL, INC | Date: April 17, 2014<br>Time: 1:30 p.m. |

**AMENDED INTERIM ORDER
AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "**Motion**") filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order (i) authorizing and directing

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2269444_2

the joint administration of the Debtors' affiliated chapter 11 cases for procedural purposes only pursuant to Section 342(c) of Title 11 of the Bankruptcy Code (the "**Bankruptcy Code**"), Rules 1015(b) and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1015 of the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada (the "**Local Rules**"), and (ii) providing any additional relief required in order to effectuate the foregoing; the Court, having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court (the "**Hearing**"), finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core matter pursuant to 28 U.S.C. § 157(b)(2), venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, notice of the Motion and the Hearing were sufficient under the circumstances and that no further notice need be given, and the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein,

THEREFORE, IT IS HEREBY ORDERED THAT:

1. For the reasons set forth on the record, the Motion is GRANTED on an interim basis.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015, the above-captioned Chapter 11 Cases are hereby consolidated on an interim basis for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

. . .

. . .

. . .

. . .

. . .

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2269444_2

2

4. The caption of the Debtors' jointly administered cases shall read as follows:

| In re: | Case No.: BK-S-14-12524-abl |
|---|---|
| TELEXFREE, LLC, | Chapter 11 |
| ☐ Affects this Debtor | **Jointly Administered with:** |
| ☒ Affects all Debtors | 14-12525   TelexFree, Inc. |
| ☐ Affects TELEXFREE, INC. | 14-12526   TelexFree Financial, Inc |
| ☐ Affects TELEXFREE FINANCIAL, INC | |

5. The caption shall be circulated to any parties requesting a copy of the caption from the Debtors' counsel.

6. Substantial compliance with the caption shall be sufficient for acceptance of any pleadings on the docket.

7. A docket entry shall be made in each of the Debtors' Chapter 11 Cases substantially as follows:

> An interim Order has been entered in this case directing the joint administration of the Chapter 11 Cases listed below under Case No. 14-12524-abl. The docket in Case No. 14-12524-abl should be consulted for all matters affecting this case. The following Chapter 11 Cases are jointly administered pursuant to such Order: Case No. 14-12524-abl; Case No. 14-12525-abl; and Case No. 14-12526-abl.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2269444_2

3

8. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

9. A final hearing on the Motion shall be set for May 2, 2014 at 9:30 a.m.

Submitted by:

GORDON SILVER

By: /s/ *Teresa Pilatowicz*
GREGORY E. GARMAN, ESQ.
THOMAS H. FELL, ESQ.
TERESA M. PILATOWICZ, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169

AND

NANCY A. MITCHELL *(pro hac vice)*
MARIA J. DICONZA *(pro hac vice)*
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166

*Proposed Counsel for the Debtors and Debtors in Possession*

APPROVED/DISAPPROVED

OFFICE OF THE UNITED STATES TRUSTEE

By: see *LR 9021 Certification*
EDWARD M. MCDONALD JR.
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101
Attorneys for United States Trustee

APPROVED/DISAPPROVED

SANDRA W. LAVIGNA

By: see *LR 9021 Certification*
SANDRA W. LAVIGNA
Senior Bankruptcy Counsel
Los Angeles Regional Office
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Attorneys for U. S. Securities and Exchange Commission

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2269444_2

4

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Edward McDonald                      Did Not Approve
Office of the US Trustee

Sandra W. Lavigna                     Did Not Approve
US Securities and Exchange Commissions

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2269444_2

5